DIANA K. TANI, Cal. Bar No. 136656
E-mail: TaniD@sec.gov
ALKA PATEL, Cal. Bar No. 175505
E-mail: PatelAL@sec.gov
JANET RICH WEISSMAN, Cal. Bar. No. 137023
E-mail: WeissmanJ@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Rosalind Tyson, Acting Regional Director
Michele Wein Layne, Associate Regional Director
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036
Telephone: (323) 965-3998
Facsimile: (323) 965-3815

ENTER JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>KENT G. BARKOURAS,<br><br>Defendant. | Case No. SACV08-0260 AHS (ANx)<br><br>**FINAL JUDGMENT AS TO DEFENDANT KENT G. BARKOURAS** |

The Securities and Exchange Commission having filed a Complaint and Defendant Kent G. Barkouras ("Defendant") having entered a general appearance; consented to the Court's jurisdiction over Defendant and the subject matter of this action; consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction); waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant and Defendant's agents, servants, employees, attorneys, and all persons in active

1  concert or participation with them who receive actual notice of this Final Judgment
2  by personal service or otherwise are permanently restrained and enjoined from
3  violating, directly or indirectly, Section 10(b) of the Securities Exchange Act of
4  1934 (the "Exchange Act") [15 U.S.C. § 78j(b)] and Rule 10b-5 promulgated
5  thereunder [17 C.F.R. § 240.10b-5], by using any means or instrumentality of
6  interstate commerce, or of the mails, or of any facility of any national securities
7  exchange, in connection with the purchase or sale of any security:
8     (a)   to employ any device, scheme, or artifice to defraud;
9     (b)   to make any untrue statement of a material fact or to omit to state a
10           material fact necessary in order to make the statements made, in the
11           light of the circumstances under which they were made, not
12           misleading; or
13    (c)   to engage in any act, practice, or course of business which operates or
14           would operate as a fraud or deceit upon any person.
15                                     II.
16      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that
17 Defendant is liable for disgorgement of $80,295, representing profits gained as a
18 result of the conduct alleged in the Complaint, together with prejudgment interest
19 thereon in the amount of $6,054, and a civil penalty in the amount of $80,295
20 pursuant to Section 21A(a) of the Exchange Act (the Insider Trading and Securities
21 Fraud Enforcement Act of 1988 ("ITSFEA").  Defendant shall satisfy this
22 obligation by paying $166,644 within ten (10) business days after entry of this
23 Final Judgment by certified check, bank cashier's check, or United States postal
24 money order payable to the Securities and Exchange Commission.  The payment
25 shall be delivered or mailed to the Office of Financial Management, Securities and
26 Exchange Commission, Operations Center, 6432 General Green Way, Mail
27 Stop 0-3, Alexandria, Virginia 22312, and shall be accompanied by a letter
28 identifying Defendant Kent G. Barkouras as a defendant in this action; setting forth

the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to this Final Judgment. Defendant shall pay post-judgment interest on any delinquent amounts pursuant to 28 USC § 1961. The Commission shall remit the funds paid pursuant to this paragraph to the United States Treasury.

III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent is incorporated herein with the same force and effect as if fully set forth herein, and that Defendant shall comply with all of the undertakings and agreements set forth therein.

IV.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

Dated: MAR 12 2008

ALICEMARIE H. STOTLER
CHIEF   UNITED STATES DISTRICT JUDGE

3